# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES P. NELSON, | Case No.: 2:24-cv-01284-GMN-NJK |
| Plaintiff, | **Order** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Interested Party Nevada Department of Corrections ("NDOC") filed a status report which seeks relief. *See* Docket No. 10 at 3. To the extent a party seeks relief or an order from the Court, such request must be made by motion or stipulation. *See* Fed. R. Civ. P. 7(b)(1). Nonetheless, in light of the circumstances, NDOC is **ORDERED** to file the stipulation to dismiss no later than June 11, 2025.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1