# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES P. NELSON,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No.: 2:24-cv-01284-GMN-NJK

**Order**

[Docket No. 12]

Pending before the Court is Interested Party Nevada Department of Corrections' ("NDOC") motion to extend the time to comply with the Court's order, Docket No. 12, which is **GRANTED**.

Accordingly, NDOC is **ORDERED** to file the stipulation to dismiss no later than June 25, 2025.

IT IS SO ORDERED.

Dated: June 12, 2025

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge