AARON D. FORD
Attorney General
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of
Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CHARLES P. NELSON, | Case No. 2:24-cv-01284-GMN-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| NDOC, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Charles Nelson, in proper person, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, based upon the Global Settlement Agreement between the parties and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this __th day of June, 2025.          DATED this 18th day of June, 2025

                                                             AARON D. FORD
                                                             Attorney General

By: _____          By: ___/s/ Leo T. Hendges___
CHARLES NELSON (#70568)                  LEO T. HENDGES, Bar No. 16034
Plaintiff, *Pro Se*                                   Senior Deputy Attorney General
                                                             *Attorneys for Interested Party*
                                                             *Nevada Department of Corrections*

### ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

                                                        _____
                                                     UNITED STATES DISTRICT JUDGE

Dated this __20__ day of June, 2025.